# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CARLOS L. COLSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-00735-CV-W-NKL |
| ) | |
| RESIDENCE INN BY MARRIOTT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On October 4, 2006, an Order to Show Cause (Doc. 5) was entered directing the Plaintiff to show cause on or before October 19, 2006, why this action should not be dismissed in accordance with Defendant's Motion to Dismiss (Doc. 2). The Order was mailed by regular and certified mail to the Plaintiff Carlos L. Coslton at 3940 Woodland, Kansas City, Missouri 64110 and 3943 Flora Avenue, Kansas City, Missouri 64110. The return of the certified mail, Doc. 6, reflects that both envelopes were received and signed for on October 6, 2006. As of this date, no response has been filed by the Plaintiff. Accordingly, it is hereby

ORDERED the above styled case is dismissed with prejudice for the reasons set forth in Defendant's Motion to Dismiss (Doc. 2).


Dated: November 20, 2006                         s/ NANETTE LAUGHREY
                                                 NANETTE K. LAUGHREY
                                                 United States District Judge