IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARLOS L. COLSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-00735-CV-W-NKL |
| ) | |
| RESIDENCE INN BY MARRIOTT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## CLERK'S JUDGMENT

☐ Jury Verdict. This action came before the Court for a trial by jury.

XX Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on November 20, 2006, the above styled case is dismissed with prejudice for the reasons set forth in Defendant's Motion to Dismiss (Doc. 2).

                                              AT THE DIRECTION OF THE COURT

Dated: November 20, 2006         P.L. BRUNE

                                              Clerk

                                              s/ RENEA KANIES
                                              By: Renea Kanies, Courtroom Deputy